# United States Court of Appeals for the Federal Circuit

CORRECTED:  October 5, 2005 at 1:00 PM

04-1581


NOVO NORDISK PHARMACEUTICALS, INC.,
and NOVO NORDISK A/S,

Plaintiffs-Appellants,

v.


BIO-TECHNOLOGY GENERAL CORP. and
TEVA PHARMACEUTICALS USA, INC.,

Defendants-Appellees.




Steven E. Lipman, Darby & Darby, P.C., of New York, New York, argued for plaintiffs-appellants.  Of counsel were James Edward Hanft, Paul M. Zagar, Jay P. Lessler, Kevin L. Reiner, Robert Schaffer and Joseph R. Robinson.

John W. Bateman, Kenyon & Kenyon, of Washington, DC, argued for defendants-appellees.  On the brief was Richard L. DeLucia, of New York, New York. Of counsel were Steven J. Lee, and Thomas J. Meloro, of New York, New York, and Kenneth R. Corsello, of Washington, DC.

Appealed from:  United States District Court for the District of Delaware
.
Chief Judge Sue L. Robinson